Jay M. Mann - 005823
jmann@jsslaw.com
Patrick F. Welch – 024586
pwelch@jsslaw.com
**JENNINGS, STROUSS & SALMON, P.L.C.**
A Professional Limited Liability Company
One East Washington Street, Suite 1900
Phoenix, Arizona 85004-2554
Telephone: (602) 262-5911

*Attorneys for Old Republic Surety Company*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>THEODORE L. PETROWICH and GAYLE T. PETROWICH,<br><br>Debtors. | In the proceedings under Chapter 13<br><br>No. 2:09-bk-23010-GBN |
| OLD REPUBLIC SURETY COMPANY,<br><br>Plaintiff/Judgment Creditor,<br><br>vs.<br><br>THEODORE L. PETROWICH and GAYLE T. PETROWICH,<br><br>Defendants/Judgment Debtors. | Adversary No. 2:10-ap-00185<br><br>**AFFIDAVIT FOR RENEWAL OF JUDGMENT** |

STATE OF ARIZONA      )
                                          ) ss.
County of Maricopa      )

The undersigned, as a duly authorized representative of Plaintiff Old Republic Surety Company ("Judgment Creditor"), in support of this Renewal Affidavit pursuant to Arizona Revised Statutes, Section 12-1612, being duly sworn upon his oath, deposes and says:

1. That affiant has personal knowledge of the matters set forth herein.

2. That Non-Dischargeable Judgment was entered on the 27th day of April, 2011, in the above-captioned action.

3. The Non-Dischargeable Judgment was in favor of Judgment Creditor and against Defendants Theodore L. Petrowich and Gayle T. Petrowich ("Judgment Debtors") for the amount of $400,000.00.

4. Upon Stipulation, said Non-Dischargeable Judgment shall be enforceable against the separate property of Theodore Petrowich and the marital community of Theodore Petrowich and Gayle Petrowich but that in the event of the death of Theodore Petrowich, or in the event of a divorce of Theodore Petrowich and Gayle Petrowich, Judgment Creditor may not collect from the assets of Gayle Petrowich except to the extent that Gayle Petrowich receives community property upon the death or divorce of Theodore Petrowich. In that event, Judgment Creditor will be allowed to collect to the extent of the value of any such property received by Gayle Petrowich.

5. Plaintiff is the present owner of the Non-Dischargeable Judgment.

6. The Non-Dischargeable Judgment was recorded in the Office of the Maricopa County Recorder on October 13, 2011, as Instrument No. 2011-0848114.

7. No execution is anywhere outstanding and unreturned upon the Non-Dischargeable Judgment.

8. Since the Non-Dischargeable Judgment was entered there have been no payments, set offs or counterclaims exist otherwise in favor of the Judgment Debtor.

9. The amount due upon the Non-Dischargeable Judgment through April 18, 2016, is $404,804.50.

10. This Affidavit is made and filed for the purpose of renewing the Judgment in the manner and for the purposes required by law.

2

DATED this 18th day of April, 2016.

_____
Patrick F. Welch

SUBSCRIBED AND SWORN TO before me this 18th day of April, 2016, by Patrick F. Welch.

_____
Notary Public

ANDREA M. SALDIVAR
Notary Public - State of Arizona
MARICOPA COUNTY
My Commission Expires July 7, 2016